IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABRIELLE K. PASQUALETTI, as Special Administrator for the Estate of KRYSTEN MISCHELLE GONZALEZ, deceased,<br>            Plaintiff,<br>v.<br><br>SHERIFF TOMMIE JOHNSON, III, in his official capacity; and TURN KEY HEALTH CLINICS, LLC,<br>            Defendants. | Case No. CIV-21-0011-F |

## ORDER

Plaintiff's Motion to Compel (doc. no. 45) is at issue. The defendant Tommie Johnson, III has responded to the effect that he does not object to the motion. Doc. no. 46. The defendant Turn Key Health Clinics, LLC has not responded to the motion. The discovery at issue is sought from the Oklahoma County Criminal Justice Authority, herein referred to as the Jail Trust. The Jail Trust, although served with the motion and subpoena by certified mail (*see*, doc. no. 45, at 3, and doc. no. 45-1), has not responded to the motion. The court finds that the Plaintiff's Motion to Compel should be and is hereby **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Jail Trust shall produce the requested materials per the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises a Civil Matter (doc. no. 41), within twenty-one days from the date of entry of this order. Plaintiff's request for an award of attorneys' fees is, in the court's discretion, **DENIED**, without prejudice to reassertion in the event plaintiff encounters further difficulties with respect to enforcement of her discovery rights vis-à-vis the Jail Trust.

Plaintiff is **DIRECTED** to serve a copy of this order on the Jail Trust via certified mail, return receipt requested.

DATED this 20th day of July, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0011p016.docx