## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABRIELLE K. PASQUALETTI, as Special Administrator for the Estate of KRYSTEN MISCHELLE GONZALEZ, Deceased,<br><br>              Plaintiffs,<br><br>v.<br><br>SHERIFF TOMMIE JOHNSON, III, In his official capacity, *et al.*,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. Civ-21-0011-F<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: <u>Defendant Turn Key Health Clinics, LLC</u>.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Date: July 17, 2023.

Respectfully submitted,

*s/Anamayan Narendran*
Anamayan Narendran, OBA No. 34736
HALL BOOTH SMITH, P.C.
6301 Waterford Blvd., Ste. 200
Oklahoma City, OK 73118
Telephone: (405) 513-7111
Facsimile: (405) 768-1414
E-Mail: anarendran@hallboothsmith.com
*Attorney for Defendant*
*Turn Key Health Clinics, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the registered ECF parties of record:

Derek S. Franseen: dfranseen@walshlawok.com
Michael A. Walsh: mwalsh@walshlawok.com
Carri A. Remillard: carri.remillard@oklahomacounty.org
Rodney J. Heggy: rod.heggy@oklahomacounty.org

*s/Anamayan Narendran*