```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  WESTERN DISTRICT OF OKLAHOMA


GABRIELLE K. PASQUALETTI, as  )
Special Administrator for the )
Estate of KRYSTEN MISCHELLE   )
GONZALEZ, deceased,           )
                              )
           Plaintiff,         )
                              )
vs.                           )CASE NO. CIV-21-0011-F
                              )
SHERIFF TOMMIE JOHNSON, III,  )
in his official capacity;     )
P. D. TAYLOR, individually;   )
and TURN KEY HEALTH CLINICS,  )
LLC,                          )
                              )
           Defendants.        )
```

VIDEOTAPED DEPOSITION OF SANDRA JEAN ZOSKI

TAKEN ON BEHALF OF THE PLAINTIFF

ON DECEMBER 7, 2023, BEGINNING AT 9:54 A.M.

IN OKLAHOMA CITY, OKLAHOMA

REPORTED BY:  KERRI L. WOOD, CSR

**EXHIBIT 4**

```
 1     A    Okay.  She came to clinic.  They brought her
 2  up to clinic with a inmate-on-inmate.  She came in
 3  there.  She was laughing, carrying on.  I asked her
 4  if she was injured.
 5          She said "no."
 6          She had some scratches on her neck and on
 7  her arm.  There was no blood.  I cleaned them up,
 8  just wiped them up to -- to be sure that they didn't
 9  have any blood or anything.  I again asked her if
10  she was injured.
11          She said, "no," she didn't need any medical
12  service, that she was okay and she was fine, she
13  wanted to -- she said, "You ought to see the girl
14  that I fought.  I whipped her ass real well."
15     Q    Anything else go on during that evaluation?
16     A    No, sir.
17     Q    Did you review her --
18     A    I --
19     Q    -- chart when you performed that evaluation?
20     A    I looked at her chart, yes.  Uh-huh.
21          (Plaintiff's Exhibit Number 1 marked for
22  identification and made part of the record.)
23     Q    (By Mr. Franseen) And I'm going to hand you
24  what's marked as Plaintiff's Exhibit No. 1.
25     A    Uh-huh.
```

```
 1   Court.
 2              MR. NARENDRAN:  Object to form.
 3   A    I -- I'm -- I don't know.  It's never been,
 4   you know -- I don't question what they alert.  I --
 5   Q    (By Mr. Franseen) You do --
 6   A    I --
 7   Q    -- your job.
 8   A    Yeah --
 9   Q    And --
10   A    -- but --
11   Q    -- you don't -- you don't question how
12   they -- how they tell you to do your job.  You just
13   follow your job.
14   A    No, sir.  I -- if I see somebody that is
15   upset, crying, showing signs of mental health, I
16   immediately get them urgent-care mental health.
17   I -- I flag them to that.  She showed no signs of
18   mental health whatsoever.  She showed no signs of
19   going to commit suicide or anything like that.
20   Q    Did you ask her the questions that are under
21   a mental health evaluation?
22   A    No, sir.
23   Q    What is your next interaction with
24   Ms. Gonzalez?
25   A    She was hanging in the cell.
```

EXHIBIT 4